ACCEPTED
08-21-00044-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/25/2023 10:19 AM
ELIZABETH G. FLORES
CLERK

**No. 08-21-00044-CV**

In The

# COURT OF APPEALS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/25/2023 10:19:11 AM
ELIZABETH G. FLORES
Clerk

EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

**EVELYN GARZA, INDIVIDUALLY, AND ON BEHALF OF RUBEN ROBERTO GARZA, DECEASED, MALORIE ELISSA GARZA, VALERIE MARIE GARZA, AND ALICE HERNANDEZ GARZA,**

*Appellants,*

v.

**RDL ENERGY SERVICES, LLC AND JPH HOLDINGS, LLC,**

*Appellees.*

On Appeal from 112th District Court
Crockett County, Texas
Trial Court Cause No. 19-02-07955-CV

**APPELLEE JPH HOLDINGS, LLC'S
UNOPPOSED MOTION FOR SECOND
EXTENSION OF TIME TO FILE MOTION FOR REHEARING**

TO THE HONORABLE EIGHTH COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10 and 49.9, Appellee JPH Holdings, LLC files

this Unopposed Motion for Second Extension of Time to File Motion for Rehearing.

In light of the Court's ruling on the RDL Appellees' Second Motion for Extension,

JPH requests the same extension until February 17, 2023, to file a motion for rehearing. JPH respectfully shows as follows:

1.      On December 20, 2022, this Court issued its judgment and opinion in this appeal.

2.      JPH now requests an extension until February 17, 2023, to file a motion for rehearing because of its appellate counsel's following recent and upcoming responsibilities, in addition to counsel's traveling to San Antonio on January 19-20, 2023 for an officers and council meeting of the State Bar of Texas Appellate Section:

- Preparing appellee brief in Cause 14-22-00544-CV, *Roe v. Ferrer Poirot Wansbrough Feller Daniel & Abney*, in the Fourteenth Court of Appeals, Texas, presently due February 1, 2023.

- Preparing motion for summary judgment in Cause No. DC-19-04611, *Wells v. Bosson, LLC*, in the 44th District Court, Dallas County, Texas, presently due January 31, 2023.

- Attending hearing regarding objections to proposed order on settlement apportionment in Cause No. 19-DCV-259569, *Olson v. Liberty Mutual Insurance Company*, in the 458th District Court, Fort Bend County, Texas, on February 1, 2023.

- Traveling to and attending status conference in Cause No. S-19-5852-CV-C, *Taft ISD v. Liberty Surplus Insurance Corp.*, in the 343rd District Court, San Patricio County, Texas, on February 7, 2023.

3.   This request is not made only for purposes of delay but so that justice may be served.  Appellants' counsel has generously indicated he is unopposed to this request.

**PRAYER**

For the foregoing reasons, Appellee JPH Holdings, LLC respectfully requests that the time for filing its motion for rehearing be extended until February 17, 2023, and for any other relief in law or equity to which it is entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Andrew L. Johnson*
     Andrew L. Johnson
     Texas State Bar No. 24060025
     William R. Moye
     State Bar No. 24027553
     Molly L. Pela
     State Bar No. 24046606
     One Riverway, Suite 1400
     Houston, TX 77056
     Telephone:  (713) 403-8205
     Telecopy:  (713) 403-8299
     ajohnson@thompsoncoe.com
     wmoye@thompsoncoe.com
     mpela@thompsoncoe.com
**COUNSEL FOR APPELLEE, JPH HOLDINGS, LLC**

## CERTIFICATE OF CONFERENCE

I conferred with counsel for appellants, and they are unopposed to this requested extension.

/s/ *Andrew L. Johnson*
ANDREW L. JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent pursuant to the Rules on January 25, 2023 to all counsel of record.

/s/ *Andrew L. Johnson*
ANDREW L. JOHNSON

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Crystal Carrier on behalf of Andrew Johnson
Bar No. 24060025
ccarrier@thompsoncoe.com
Envelope ID: 72125350
Status as of 1/25/2023 1:53 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William R.Moye | | WMoye@thompsoncoe.com | 1/25/2023 10:19:11 AM | SENT |
| Andrew Johnson | | ajohnson@thompsoncoe.com | 1/25/2023 10:19:11 AM | SENT |
| Molly L.Pela | | MPela@thompsoncoe.com | 1/25/2023 10:19:11 AM | SENT |
| Stephen Ballantyne | 24053759 | patrick@lahoodnorton.com | 1/25/2023 10:19:11 AM | SENT |
| Desi Martinez | 24053342 | desi.martinez@martinez-law.com | 1/25/2023 10:19:11 AM | SENT |
| Andrew Petersen | 24059226 | apetersen@zgblaw.com | 1/25/2023 10:19:11 AM | SENT |
| Ronald E. Mendoza | 13937700 | rmendoza@lawdcm.com | 1/25/2023 10:19:11 AM | SENT |
| William Moye | | wmoye.service@thompsoncoe.com | 1/25/2023 10:19:11 AM | SENT |

Associated Case Party: RDL Energy Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jessica Z.Barger | | barger@wrightclosebarger.com | 1/25/2023 10:19:11 AM | SENT |
| Lisa Wright | | lwright@wrightclosebarger.com | 1/25/2023 10:19:11 AM | SENT |
| Eric Boettcher | | boettcher@wrightclosebarger.com | 1/25/2023 10:19:11 AM | SENT |